**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOUACHANH PHETCHAMPHONE,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, *et al.*,<br><br>Respondents. | No.  1:26-cv-01890 JLT CDB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT<br><br>(A-Number: 025-195-215)<br><br>(Doc. 11) |

Bouachanh Phetchamphone was at the time of filing a federal immigration detainee proceeding pro se and *in forma pauperis* with a petition for writ of habeas corpus under 28 U.S.C. § 2241.  (Doc. 1.)  On March 20, 2026, Respondents moved to dismiss the matter because Petitioner's removal to Laos was imminent.  (Doc. 8.)  On April 2, 2026, Respondents filed a status report confirming that Petitioner was successfully removed to Laos on March 25, 2026. (Doc. 10; Doc. 10-1, Declaration of Deportation Officer Andrea L. Vermillion ¶¶ 5-6.)

On April 3, 2026, the assigned magistrate judge issued findings and recommendations to dismiss the petition as moot.  (Doc. 11 at 3 (citing *Abdala v. I.N.S.*, 488 F.3d 1061, 1065 (9th Cir. 2007*); Ortega v. Andrews*, No. 1:25-cv-00730-HBK-JLT (HC), 2025 WL 3110992, at *2 (E.D. Cal. Nov. 6, 2025), *adopted*, 2025 WL 3281832 (E.D. Cal. Nov. 25, 2025.).) The Court served the findings and recommendations on the parties and notified them that any objections were due within 14 days after service.  *Id.* at 4.  No objections have been filed, and the deadline has

1

expired.[1]

According to 28 U.S.C. § 636(b)(1), the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on April 3, 2026 (Doc. 11) are **ADOPTED** in full.

2. Respondents' motion to dismiss (Doc. 8) is **GRANTED**.

3. Petitioner's petition for writ of habeas corpus (Doc. 1) is **DISMISSED AS MOOT**.

4. The Clerk of The Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

Dated:   **April 25, 2026**

_____
UNITED STATES DISTRICT JUDGE

---

[1] The findings and recommendations were returned as undeliverable to Petitioner.

2